|  |  |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS<br><br>V.<br><br>FREIXO PAINTING & DECORATING LLC | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 08 CIV. 1964<br><br>**Affidavit of Service** |

State of New Jersey       SS:
County of Bergen

I, **JAMES REAP** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **March 6, 2008** at **1:50 PM**, deponent served the within named **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **FREIXO PAINTING & DECORATING LLC**, Defendant. Said service was effected at **FREIXO PAINTING & DECORATING LLC, 1121 73RD STREET, SUITE B, NORTH BERGEN, NJ 07047**, in the following manner:

A foreign corporation, by delivering thereat a true copy of each to **LISA VELEZ** personally. Deponent knew said corporation so served to be the corporation described as **FREIXO PAINTING & DECORATING LLC** and knew said individual to be the **SECRETARY** thereof, an authorized person to accept service of process.

**LISA VELEZ** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin Color: **Hispanic**  Hair: **Brown**  Age(Approx): **25**  Ht.(Approx): **5' 4"**  Wt.(Approx): **120-130 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on March 11, 2008

DONNA JEAN ARCHIBOLD
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/12

JAMES REAP, Process Server
SPEEDY LAWYERS SERVICE
67 TOMMY CT.
MAHOPAC, NY 10541-1055

CLS # 37744