UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND      Index No.: 08-CIV-1964 (SCR)
ANNUITY FUNDS,

       Plaintiffs,    **VOLUNTARY NOTICE**
              **OF DISMISSAL**
-against-

FREIXO PAINTING & DECORATING LLC,

       Defendant.
----------------------------------------------------------------x

   Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: March 31, 2008
   Elmsford, New York

                   _Dana L. Henke_
                   Dana L. Henke, Esq. (DLH3025)
                   Attorney for Plaintiff
                   258 Saw Mill River Road
                   Elmsford, New York 10523
                   (914) 592-1515

*Case Closed*

SO ORDERED

_Stephen C. Robinson_
Honorable Stephen C. Robinson, U.S.D.J.

DATED: April 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____